# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: BABY FOOD PRODUCTS LIABILITY
LITIGATION**

**MDL No. 3101**

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –6)

On April 11, 2024, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 730 F.Supp.3d 1371 (J.P.M.L. 2024). Since that time, 17 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Jacqueline Scott Corley.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Corley.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 11, 2024, and, with the consent of that court, assigned to the Honorable Jacqueline Scott Corley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 03, 2026**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Marcella R. Lockert*

Marcella R. Lockert
Acting Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: *Kevin Blumberg*
Deputy Clerk
Date: 03/03/2026

**IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION**

MDL No. 3101

### SCHEDULE CTO–6 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 26–00194 | Diamond v. The Campbell's Company et al |
| FLM | 6 | 26–00274 | Perez v. Beech–Nut Nutrition Company et al |
| FLM | 8 | 26–00299 | Clermont v. Gerber Products Company et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 26–00712 | BOWDREN–WILLIAMS et al v. BEECH–NUT NUTRITION COMPANY et al |
| FLN | 5 | 26–00031 | DE LA CRUZ RAMOS v. BEECH–NUT NUTRITION COMPANY et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 26–60190 | Jackson v. Beech–Nut Nutrition Company et al |
| FLS | 0 | 26–60191 | BELL v. Gerber Products Company et al |
| FLS | 0 | 26–60280 | Dominguez v. Beech–Nut Nutrition Company et al |
| FLS | 0 | 26–60334 | L. et al v. Beech–Nut Nutrition Company et al |
| FLS | 1 | 26–20661 | Rogozzino v. Beech–Nut Nutrition Company et al |
| FLS | 1 | 26–20662 | Wynes v. Danone North America, PBC et al |